# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1313. YEVETTE FREEMAN v. MARY HALL FREEDOM HOUSE, INC.**

This case began as a dispossessory proceeding in magistrate court. The magistrate court ruled that landlord Mary Hall Freedom House, Inc., was entitled to a writ of possession, and Yevette Freeman appealed to the state court. The state court found in favor of the landlord, and this Court dismissed Freeman's attempts to seek appellate review of that ruling. See Case Nos. A20A1912 (June 5, 2020) & A20D0438 (Aug. 7, 2020). The state court subsequently issued a writ of possession in favor of the landlord, and Freeman filed this direct appeal.

Pretermitting whether the appeal is untimely,[1] we lack jurisdiction due to Freeman's failure to comply with the discretionary appeals procedure. When a state court ruling involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeals procedure. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995); *Handler v. Hulsey*, 199 Ga. App. 751, 751-753 (406 SE2d 225) (1991). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

---

[1] The state court issued the writ of possession on October 5, 2021. Freeman filed several motions seeking relief from the writ, which the state court denied on February 21, 2022. Freeman filed her notice of appeal on February 23, 2022.

Freeman's failure to follow the required procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  05/04/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*